IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RASHA TALAFHAH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 19-cv-1065 |
| | ) | |
| ANTHONY RISS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **STIPULATION TO DISMISS**

NOW COME the Plaintiff, Rasha Talafhah, by her attorney, Uptown People's Law Center, the Defendants, Anthony Riss, Romelle Lipscomb, Bradley Jenkins, Jamison Bolyard, Blaen Fletcher, and Ellen Claus, by their attorney, KWAME RAOUL, Attorney General of Illinois, and the Defendants, Robert Allison, Ashlee Heinzel-Awe, and Wexford Health Sources, Inc., by their attorney, Cassiday Schade, LLP, and hereby stipulate to as follows:

1.     Plaintiff's claims against Defendants Riss, Lipscomb, Jenkins, Bolyard, Fletcher, and Claus shall be dismissed without prejudice until such time as payment is made pursuant to the parties' settlement agreement.  At that point, the dismissal shall automatically convert to dismissal with prejudice.

2.     Each party shall bear their own attorney's fees, costs, and expenses.

AGREED:

__s/ Rasha Talafhah with consent__          __6/11/20_____
Plaintiff                                                                 Date
Rasha Talafhah


 _s/ Elizabeth N. Mazur with consent___          __6/11/20_____
Elizabeth N Mazur                                              Date
Attorney for Plaintiff
Uptown People's Law Center

4413 N. Sheridan
Chicago, IL 60640
(773) 769-1411


__s/ Megan Murphy_____          __6/30/20_____
Megan Murphy                          Date
Attorney for Defendants Riss, Lipscomb,
Jenkins, Bolyard, Fletcher, and Claus
Office of the Illinois Attorney General
1776 East Washington Street
Urbana, Illinois 61802
(217) 278-3362


__s/ Joseph N. Rupcich with consent_  ___6/26/20_____
Joseph N Rupcich                      Date
CASSIDAY SCHADE LLP
Suite 200
111 North 6th Street
Springfield, IL 62701
(217) 572-1714


Rev. 2-24-20