045125/19344/JNR/AR

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RASHA B. TALAFHAH,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY RISS, ROMELLE LIPSCOMB, BRADLEY JENKINS, JAMISON BOLYARD, BRITNEY TURNER, BLAEN FLETCHER, ROBERT ALLISON, ELLEN CLAUS, ASHLEE HEINZEL-AWE, and WEXFORD HEALTH SOURCES, INC.,<br><br>    Defendants. | Case Number 1:19-cv-01065<br><br>Judge Harold A. Baker<br>Magistrate Judge Eric I. Long |

## MOTION FOR LEAVE TO FILE AMENDED ANSWER AND AFFIRMATIVE DEFENSES

NOW COME the Defendants, ROBERT ALLISON and ASHLEE HEINZEL-AWE, by and through their attorney, Rachael N. Hayes of CASSIDAY SCHADE LLP, and for their Motion for Leave to File Amended Answer and Affirmative Defenses, state as follows:

1. On September 23, 2019, Plaintiff filed her Amended Complaint pursuant to §1983. Doc. 32.

2. Defendants Allison, Heinzel-Awe, and Wexford Health Sources, Inc. filed their Answer and Affirmative Defenses on October 7, 2018. Doc. 34.

3. Defendants have recently learned Plaintiff and Co-Defendants have entered into a settlement agreement to resolve the claim between them. Doc. 62.

4. Accordingly, Defendants request leave to file an Amended Answer and Affirmative Defenses *instanter* to add an affirmative defense for setoff. Said Amended Answer is attached hereto as Exhibit "A."

5. No prejudice would result to any party if this Motion was granted in its entirety.

WHEREFORE, Defendants request this Honorable Court grant Defendants leave to file their Amended Answer and Affirmative Defenses and for any other relief this Court deems appropriate.

    Respectfully submitted,

    CASSIDAY SCHADE LLP

    By: /s/ Rachael N. Hayes
        One of the Attorneys for Defendant, ROBERT ALLISON and ASHLEE HEINZEL-AWE

Rachael N. Hayes
ARDC No. 6311061
CASSIDAY SCHADE LLP
111 North Sixth Street, 2nd Floor
Springfield, IL 62701
(217) 572-1714
(217) 572-1613 (Fax)
rhayes@cassiday.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2020, I electronically filed the foregoing Motion for Leave to File Amended Answer and Affirmative Defenses with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

Megan E. Murphy, Esq.
Office of the Illinois Attorney General
1776 E. Washington Street
Urbana, IL 61802
mmurphy@atg.state.il.us

Alan Mills, Esq.
Nicole R. Schultz, Esq.
Elizabeth N. Schult, Esq.
Sarah Blair, Esq.
Bridget Geraghty, Esq.
Uptown People's Law Center
4413 North Sheridan
Chicago, IL 60640
alan@uplcchicago.org
nicole@uplcchicago.org
liz@uplcchicago.org
sarah@uplcchicago.org
bridget@uplcchicago.org

Michael Rayfield
Luc W. M. Mitchell
Niketa K. Patel
Jonathan W. Thomas
Richard W. Fox
Mayer Brown LLP
1221 Avenue of the Americas
New York City NY 10020
mrayfield@mayerbrown.com
lmitchell@mayerbrown.com
npatel@mayerbrown.com
jwthomas@mayerbrown.comrfox@mayerbrown.com

/s/ Rachael N. Hayes

9527492 RHAYES;RHAYES